IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02CR242-2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ANTONIO FERNANDEZ GARCIA (2) | ) |

**THIS MATTER** is before the Court on Defendant's Motion to Correct Sentence. In accordance with the Court's original intent, this motion is **GRANTED.** Defendant's sentence is reduced from 57 months to 49 months. A new J&C is to be prepared to reflect the new sentence and that Defendant is receiving credit for time served in the North Carolina State prison system.

**IT IS SO ORDERED.**

Signed: January 23, 2007

Graham C. Mullen
United States District Judge